| | | |
|---|---|---|
| **Transfer of Jurisdiction** | | Case Number (Trans. Court)<br>4:14-CR-146-Y (1) |
| | | Case Number (Rec. Court)<br>2:23-cr-0281 KJM |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| Jeffrey Watts<br><br>Placerville, CA | Northern District of Texas | Fort Worth |

**FILED** Nov 01, 2023 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| Name of Sentencing Judge |
|---|
| The Honorable Terry R. Means; Sr. United States District Judge |

| Dates Of Probation/Supervised Release | From<br>January 9, 2023 | To<br>January 8, 2025 |
|---|---|---|

Offense
Wire Fraud, in violation of 18 U.S.C. § 1343

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas, Fort Worth Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Eastern District of California, Sacramento Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-6-23                          /s/ Terry R. Means
Date                             Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Eastern District of California, Sacramento Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 1, 2023                 /s/
Effective Date                   CHIEF UNITED STATES DISTRICT JUDGE