AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JEFFREY WATTS** | Criminal Number: **2:23CR00281-1** |
| AKA: Jeffery O Watts Benavide, Robert Jeffery Watts, Jeffery David Watts, Jeff Watts, Jeffery D Watts, Robert Benevide | Defendant's Attorney: William Flynn Portanova, Appointed |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of Charges  1, 2, 3, 4, and 7  as alleged in the violation petition filed on  11/21/2024  .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___ .

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge 1 | New Law Violation | May 22, 2020 |
| Charge 2 | New Law Violation | November 23, 2021 |
| Charge 3 | Failure to Pay Restitution | July 2024<br>August 2024<br>September 2024<br>October 2024 |
| Charge 4 | Failure to Obey Instructions of the Probation Officer | July 2024<br>August 2024<br>September 2024<br>October 2024 |
| Charge 7 | Failure to Report to the Probation Officer | October 16, 2024<br>November 4, 2024<br>November 6, 2024 |

AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

DEFENDANT: **JEFFREY WATTS** AKA: Jeffery O Watts Benavide, Robert Jeffery Watts, Jeffery David Watts, Jeff Watts, Jeffery D Watts , R...
CASE NUMBER: **2:23CR00281-1**

Page 2 of 3

The court:   [✓] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   4/13/2018  .

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓]   Charges   5 and 6   are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**11/18/2025**
Date of Imposition of Sentence

*[signature]*

Signature of Judicial Officer
**Kimberly J. Mueller**, Senior U. S. District Judge
Name and Title of Judicial Officer

12/1/2025
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **JEFFREY WATTS**  
CASE NUMBER: **2:23CR00281-1**

Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 10 months.

- [✓] No TSR: Defendant shall cooperate in the collection of DNA.

- [ ] The court makes the following recommendations to the Bureau of Prisons:

- [✓] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ___ on ___.
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ___ on ___.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.
  
  If no such institution has been designated, to the United States Marshal for this district.

- [ ] Other, Please Specify:

## RETURN

I have executed this judgment as follows:

_____

_____

_____

  Defendant delivered on _____ to _____  
at _____, with a certified copy of this judgment.

                 _____  
                 United States Marshal

                 _____  
                 By Deputy United States Marshal